```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 05260
  GAIL THOMPSON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-6859


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/23/07 and confirmed on 08/30/07.

     2.  The case was dismissed after confirmation, 01/25/2008.

     3.  The Debtor paid a total of $   2560.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
AMERICAS SERVICING CO      CURRENT MORTG         .00           .00            .00
AMERICAS SERVICING CO      MORTGAGE ARRE         .00           .00            .00
BEACONRIDGE IMPROV ASSC    SECURED            402.00           .00         402.00
WILL COUNTY TREASURER      SECURED               .00           .00          80.00
CAVALRY SPV II LLC         UNSECURED         12546.57           .00          24.54
JEFFERSON CAPITAL SYSTEM   UNSECURED           569.66           .00           1.11
COMCAST CABLE              UNSECURED        NOT FILED           .00            .00
UNITED COLLECTIONS         UNSECURED           164.00           .00            .32
ILLINOIS AMERICAN WATER    UNSECURED           815.45           .00           1.59
PORTFOLIO RECOVERY ASSOC   UNSECURED          3728.40           .00           7.29
MEDICAL BUSINESS BUREAU    UNSECURED        NOT FILED           .00            .00
SPRINT NEXTEL              UNSECURED           947.60           .00           1.85
TODD BREMER & LAWSON       UNSECURED        NOT FILED           .00            .00
REVENUE PRODUCTION MANAG   UNSECURED        NOT FILED           .00            .00
ASSET ACCEPTANCE CORP      UNSECURED           218.75           .00            .43
COMED                      UNSECURED           424.01           .00            .83
ILLINOIS DEPT REVENUE      UNSECURED            32.00           .00            .06
RESURGENT CAPITAL SERVIC   UNSECURED            71.41           .00            .14
         Summary of disbursements:

                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    402.00          .00     19517.85        .00       19919.85
PRINCIPAL PAID        482.00          .00        38.16        .00         520.16
INTEREST PAID            .00          .00          .00        .00            .00
TOTAL PAID            482.00          .00        38.16        .00         520.16
The Debtor's attorney, JOSEPH WROBEL ESQ             , was allowed $   3000.00
and was paid $   1035.00  direct and $   1965.00  through the plan.

The Trustee received $      74.84 .
```

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/11/08                    /S/
                                    GLENN STEARNS
                                  CHAPTER 13 TRUSTEE